UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELVIN A. HART, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 1:11-cv-00043-MJD-TWP |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

## Judgment

The Court having made its Entry on February 27, 2012, it is ADJUDGED that the decision of the Commissioner that Melvin A. Hart is not entitled to Supplemental Security Income based on his application filed on June 28, 2007, is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the Court's entry pursuant to 42 U.S.C. § 405(g).

So ORDERED

Dated:   02/27/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:
Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com